UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　Plaintiff　　　　　)<br>　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>TERRANCE LIGGINS　　　　　　)<br>　　　　　　Defendant　　　　　) | Case No. 17-CR-20032 |

**MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL**

NOW COMES Todd Ringel of Johnson Law Group, and hereby moved this Honorable Court for the entry of an Order granting leave to withdraw as the counsel of record for the Defendant in this cause. In support thereof, counsel states the following:

1. Counsel represents defendant in the above-captioned case.

2. Defendant has failed to meet obligations to Counsel regarding Counsel's services, and Defendant has been given reasonable warning that the lawyer will withdraw unless the obligations are fulfilled.

3. Counsel's continued representation will result in an unreasonable burden on counsel or has been rendered unreasonably difficult by the Defendant.

4. Counsel for Defendant does not wish to provide any further representation in this matter.

WHEREFORE, counsel respectfully requests the entry of an Order granting leave to withdraw as Mr. Liggins' counsel in the above-entitled cause, and ordering appointment of other suitable counsel for his representation.

                Respectfully submitted,
                TERRANCE LIGGINS, Defendant

                and

                TODD RINGEL, Counsel

By:   /s/ Todd Ringel
      Johnson Law Group LLC
      115 W. Front Street
      Bloomington, IL 61701
      (309) 827-3670
      Fax: (309) 827-3991
      todd@jlawgroup.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                /s/ Todd Ringel
                Johnson Law Group LLC
                115 W. Front Street
                Bloomington, IL 61701
                (309) 827-3670
                Fax: (309) 827-3991
                todd@jlawgroup.com